882

Submitted April 12, 1971.
*Charles R. Fox,* appellant, in propria persona; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Fox, Appellant.

Submitted April 12, 1971.
*Charles R. Fox,* appellant, in propria persona; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Frazier, Appellant.

Argued April 13, 1971. *Warren R. Keck, III,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Frazier, Appellant.

 Argued April 13, 1971. *P. Raymond Bartholomew* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gaerttner, Appellant.

 Submitted April 12, 1971. *William T. Jorden* and *Warren W. Bentz,* for appellant; *Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

## Commonwealth *v.* Gatewood, Appellant.

█ Submitted April 15, 1971. *Stephen I. Goldring* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *D. Michael Fisher,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Haley, Appellant.